|   |   |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (SBN 44332) |
|   | United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143) |
|   | Chief, Civil Division |
| 3 | ABRAHAM A. SIMMONS (SBN 146400) |
|   | Assistant United States Attorney |

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7264
Facsimile: (415) 436-6748
Email: abraham.simmons@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ARMIDA SEGROVE, | ) | No. C 10-1635 SC |
|---|---|---|
| Plaintiff, | ) | **AMENDED STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | *Conference Date:* August 6, 2010 |
|  | ) | *Time:* 10:00 a.m. |
|  | ) | *Place:* Courtroom 1, 17th Fl. |
|  | ) | *Before:* Hon. Samuel Conti |

The parties hereby stipulate and request the court to enter an order continuing the Case Management Conference currently scheduled for July 23, 2010, for one week until August 6, 2010. No other continuance has yet been sought by either party to this litigation. This stipulation is entered into for the convenience of the undersigned Assistant United States Attorney who has been assigned to this case and who has a planned family vacation that will

///
///
///
///

1  extend to until July 23, 2010.

2

3                                                    Respectfully submitted,

4        LAW OFFICE OF                   JOSEPH P. RUSSONIELLO
         STEPHEN J. GOROG                United States Attorney
5
   Dated: July 16, 2010
6
                       /s/                              /s/
7          STEPHEN J. GOROG              ABRAHAM A. SIMMONS
           Attorneys for Plaintiff       Assistant United States Attorney
8

9

10                              [~~PROPOSED~~] ORDER

11       The Stipulation is GRANTED.  The Case Management Conference is continued until

12  August 6, 2010.

13
                                         _____
14                                       HON. SAMUEL CONTI
                                         United States District Judge
15

*IT IS SO ORDERED*
Judge Samuel Conti

*Segrove v. United States of America*
C 10-1635 SC                        2