1  MELINDA HAAG (SBN 132612)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ABRAHAM A. SIMMONS (SBN 146400)
   JAMES A. SCHARF (SBN 152171)
4  Assistant United States Attorneys

5       150 Almaden Boulevard
        Suite 900
6       San Jose, CA 95113
        (408) 535-5044 (telephone)
7       (408) 535-5081 (fax)
        james.scharf@usdoj.gov
8
   Attorneys for the United States of America
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13  ARMIDA SEGROVE,                    )   No. C 10-1635 MEJ
                                       )
14              Plaintiff,             )   **STIPULATION AND [PROPOSED]**
                                       )   **ORDER RE CASE MANAGEMENT**
15        v.                           )   **SCHEDULE**
                                       )
16  UNITED STATES OF AMERICA,          )
                                       )
17              Defendant.             )
   _____

18       Whereas, the parties hereby stipulate and request the Court to enter an order modifying

19  the current case management schedule as set forth below. The modification requested by the

20  parties concern the discovery and mediation schedule and would not affect the dates of the

21  Pretrial Conference, Final Pretrial Conference or Trial set by the Court in its August 17, 2010,

22  Notice of Reassignment Case Management Order. The purpose of the requested modification is

23  to provide defendant additional time to collect the information it needs to evaluate plaintiff's

24  damages claims so that the upcoming mediation can be more meaningful and productive.

25       Whereas, by letter dated September 20, 2010, plaintiff's counsel sent defendant's counsel

26  the "independent medical evaluation of Armida Segrove by Edward Fletcher Eyster, M.D." In

27  this report, Dr. Eyster, a neurosurgeon, opined, among other things, that plaintiff sustained a

28  closed head injury, post-concussive syndrome, with injury to olfactory nerve with loss of taste

1  and smell."

2  Whereas, on November 17, 2010, Assistant United States Attorney James A. Scharf
3  associated into this case.

4  Whereas, defendant is still in the process of obtaining plaintiff's medical records through
5  subpoena.

6  Whereas, defendant is in the process of retaining appropriate expert witnesses to evaluate
7  plaintiff's damages claims, including experts in the fields of neurology and ENT.

8  Whereas, plaintiff's responses to defendant's interrogatories and document requests are
9  due December 15, 2010.

10 Whereas, on December 3, 2010, counsel met and conferred in person regarding the
11 discovery and mediation schedule.

12 Whereas, plaintiff's deposition is set for December 20, 2010.

13 Whereas, plaintiff's defense medical examination with Dr. James Y. Soong, a
14 neurologist, is set for January 20, 2011.

15 Whereas, plaintiff's defense medical examination (to include olfactory tests) with Dr.
16 Brian Schindler, an otolaryngologist, is set for January 25, 2011.

17 Whereas, subject to the Court's approval, the mediator, both parties and their attorneys
18 are available and desire to participate in a full-day mediation on March [23] [24], 2011.

19 Whereas, the parties do not presently anticipate that any party will file a dispositive
20 motion in this motor vehicle accident case which, pursuant to the Federal Tort Claims Act, must
21 be tried as a bench trial.

22 Therefore, the parties hereby stipulate and request the court to enter an order modifying
23 the case management schedule as follows:

24 1. The parties shall disclose expert witness information by February 28, 2011.

25 2. The time to complete the mediation is extended to March 31, 2011.

26 3. The parties shall disclose rebuttal expert witness information by March 31, 2011.

27 4. All discovery, including depositions of expert witnesses, must be completed by April
28 29, 2011.

5. All other case management dates set forth in the Court's August 17, 2010, Notice of Reassignment Case Management Order remain unchanged, including but not limited to the July 14, 2011, Pretrial Conference; the August 11, 2011, Final Pretrial Conference; and the August 15, 2011 Trial.

Respectfully submitted,

Dated: ~~November~~ December 3, 2010

MELINDA HAAG
United States Attorney

ABRAHAM A. SIMMONS
JAMES A. SCHARF
Assistant United States Attorneys
Attorneys for Defendant USA

Dated: ~~November~~ December 3, 2010

LAW OFFICE OF
STEPHEN J. GOROG

Stephen J. Gorog
Attorneys for Plaintiff

~~[PROPOSED]~~ ORDER

Upon the stipulation of the parties, and good cause appearing, the current case management schedule is modified as follows:

1. The parties shall disclose expert witness information by February 28, 2011.

2. The time to complete the mediation is extended to March 31, 2011.

3. The parties shall disclose rebuttal expert witness information by March 31, 2011.

4. All discovery, including depositions of expert witnesses, must be completed by April 29, 2011.

5. All other case management dates set forth in the Court's August 17, 2010, Notice of Reassignment Case Management Order remain unchanged, including but not limited to the July 14, 2011 Pretrial Conference, August 11, 2011, Final Pretrial Conference and August 15, 2011 trial date.

Dated: December 6, 2010

Judge Maria Elena James