UNITED STATES  DISTRICT COURT

Northern District of California

| | |
|---|---|
| ARMIDA SEGROVE, | No. C 10-01635 MEJ |
| Plaintiff(s), | |
| v. | **ORDER VACATING PENDING DEADLINES AND HEARINGS** |
| USA, | |
| Defendant(s). | |
| _____/ | |

As a compromise settlement and release has been executed in this case, all pending case management deadlines and hearings are VACATED.

**IT IS SO ORDERED.**

Dated: April 7, 2011

_____

Maria-Elena James

Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**