MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
JAMES A. SCHARF (SBN 152171)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: 415 436-7264
    Fax: 415 436-6748
    Email: Asimmons@usa.doj.gov

Attorneys for Defendant United States of America

GRANTED
Judge Maria-Elena James

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ARMIDA SEGROVE,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Docket No. C 10-1635 MEJ

STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT

    Plaintiff and defendant, through their attorneys of record, hereby stipulate and agree that the above-referenced action is voluntarily dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure, Rule 41(a), and pursuant to the Stipulation for Compromise Settlement and Release and Order, Document 25, filed April 6, 2011, in this action.

DATED: April 25, 2011

    Stephen Gorog
    Attorney for Plaintiff

DATED: April 25, 2011

    James A. Scharf
    Assistant United States Attorney
    Attorney for Defendant

STIPULATION OF DISMISSAL
No. C 10-1635 MEJ